IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE CONWAY WOOD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IDAHO DEPARTMENT OF ) <br> CORRECTIONS, et al., ) <br> ) <br> Defendants. ) <br> _____) | Case No. CV-04-99-C-BLW <br><br> **ORDER** |

   The Court previously notified the parties of its intent to appoint Attorney Bruce Owens as counsel for Plaintiff on his remaining claims. There being no objection, Mr. Owens is hereby appointed as counsel of record.

   Mr. Owens is free to enter into a contingency fee agreement with Mr. Wood, whereupon he would rely upon his own malpractice coverage and would be responsible for reimbursing the Pro Se Pro Bono Fund for any costs eventually recovered from Defendants. Otherwise, Mr. Owens may represent Plaintiff pro bono, whereupon the Idaho State Bar's malpractice coverage will cover the representation. In any event, Mr. Owens may submit his cost reimbursement requests to the Clerk of Court for reimbursement through the Pro Se Pro Bono Fund

ORDER - 1

while he is pursuing the case.  Mr. Wood shall not file anything pro se in this matter, but shall file everything through Mr. Owens.

If Mr. Owens needs additional time to conduct discovery or the parties need additional time for filing dispositive motions, counsel should seek a stipulation for extension of discovery with opposing counsel.  Counsel for the parties shall consult with each other regarding ADR and report their agreements and recommendations for type and timing of ADR to the ADR Director Denise Asper, as set forth in the Court's previous Order.  The parties may contact Ms. Asper by telephone at 334-9067 or by written correspondence sent to her at the U.S. District Court, 550 West Fort Street, 6th Floor, Boise, ID  83724.

DATED: **June 13, 2005**



B. LYNN WINMILL
Chief Judge
United States District Court

ORDER - 2