UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE WOOD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTIONS, *et. al.*,<br><br>　　　　　　Defendants. | Case No. 3:04-cv-00099-BLW<br><br>**ORDER** |

　　　　The Court understands that Renee McKenzie, a paralegal assisting Plaintiff in this trial, possess Plaintiff's exhibits, but a copy has not been provided to opposing counsel as required by the Court's Trial Setting Order (Dkt. 387). Accordingly, the Court enters the following Order.

　　　**IT IS ORDERED:**

　　　　1.　　Plaintiff shall direct Ms. McKenzie to provide opposing counsel with a copy of his exhibits by 5:00 p.m. Tuesday December 11, 2012, or he will be precluded from introducing them at trial.

　　　　　　　　　　DATED:  **December 10, 2012**

　　　　　　　　　　_____
　　　　　　　　　　B. LYNN WINMILL
　　　　　　　　　　Chief U.S. District Court Judge

**ORDER - 1**