IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE WOOD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SANDRA MARTIN,<br><br>　　　　　Defendant. | Case No. 3:04-cv-00099-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

1. An evidentiary hearing regarding Plaintiff's Motion for Contempt and Motion for Protective Order will be conducted on **March 22, 2013 at 9:00 a.m.** in the Federal Courthouse in Boise, Idaho.

2. A telephone status conference will be conducted on **February 20, 2013 at 1:30 p.m.** to discuss preparation for the evidentiary hearing, including any necessary briefing, arranging witnesses for the hearing, or other issues necessary to prepare for the hearing. With regard to witnesses, the parties should be prepared to let the Court know about any prisoner witnesses who need to be transferred to the Court, or witnesses who may need to testify via video conference, so the Court can make the necessary arrangements. Counsel for the Defendants shall initiate the call by

**ORDER - 1**

getting Mr. Wood on the line, and then conferencing in the Court at 334-9145. The Court prefers that Defendant us a conference call operator.

DATED: February 14, 2013

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**