# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE WOOD,<br><br>                    Plaintiff,<br><br>vs.<br><br>SANDRA MARTIN,<br><br>                    Defendant. | Case No. 3:04-cv-00099-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

The Court's earlier orders appointing Rene McKenzie as a legal assistant for Plaintiff Lance Wood are **RESCINDED**.

DATED: February 14, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**