# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

LANCE WOOD,

                Plaintiff,

vs.

SANDRA MARTIN,

                Defendant.

Case No. 3:04-cv-00099-BLW

**ORDER**

**IT IS ORDERED:**

The Court's earlier orders appointing Rene McKenzie as a legal assistant for Plaintiff Lance Wood are **RESCINDED**.

DATED: February 14, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 1**