IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE WOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDRA MARTIN,<br><br>    Defendant. | Case No. 3:04-cv-00099-BLW<br><br>**ORDER** |

**IT IS ORDERED:**

1. An in person status conference will be conducted on **February 25, 2013 at 11:00 a.m.** in the Federal Courthouse in Boise, Idaho to discuss preparation for the evidentiary hearing currently scheduled for March 22, 2013, including any necessary briefing, arranging witnesses for the March hearing, and other issues necessary to prepare for the hearing.

    a. With regard to witnesses, the parties should be prepared to advise the Court about any prisoner witnesses who need to be transferred to the Court, or witnesses who may need to testify via video conference, so the Court can make the necessary arrangements.

**ORDER - 1**

      b.  The parties should also be prepared to discuss briefing regarding the attorney/client privilege issue.



DATED: February 20, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**