UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE WOOD,<br><br>        Plaintiff,<br>   v.<br><br>SANDRA MARTIN,<br><br>        Defendant. | Case No. 3:04-cv-00099-BLW<br><br>**ORDER** |

**ORDER**

IT IS ORDERED THAT:

1. The Evidentiary Hearing scheduled for April 8, 2013 is **VACATED**. The Court will enter an order on the pending motions for protective order and for contempt in due course.

DATED: April 2, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1